

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★     ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00500-CV

## IN RE THE GROCERS SUPPLY CO., INC. and Gabriel DEHOYOS

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
    Sandee Bryan Marion, Justice
    Steven C. Hilbig, Justice

Delivered and Filed: July 21, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On July 6, 2010, relators filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-09794, styled *Peggy Kennedy, Individually and as Representative of the Estate of Anthony James Digeronimo v. The Grocers Supply Co., Inc. and Gabriel M. Dehoyos*, in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.